AUSA: Sean King Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Adam Christensen Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Daniel Malkam Drew

Case: 2:26−mj−30566
Assigned To : Unassigned
Assign. Date : 9/15/2026
Description: CMP USA v Drew (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 30, 2025- March 18, 2026 in the county of Washtenaw in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Coercion and enticement of a minor. |
| 18 U.S.C. § 2251(a) | Sexual exploitation of a minor and attempt. |
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Adam Christensen, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 15, 2026

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

1. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child exploitation investigations.

2. As part of my duties, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2422, I am authorized by law to request a criminal complaint and arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Daniel Malkam Drew** for violations of 18 U.S.C. §§ 2422(b) (coercion and enticement of a minor and attempt), 2251(a) (sexual exploitation of a minor and attempt), 2252A(a)(2)(A) (receipt of child

pornography), and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Drew** committed the offenses listed above.

## Probable Cause

6. In August and September 2025, the relative of a minor female who was 16 years old at the time (MV1) reported to the FBI that she had discovered chat messages on MV1's cell phone on the Discord application that were sexual in nature between MV1 and username dxdx****. The relative provided the FBI a download of the Discord chat between the two, consisting of more than 21,000 messages. MV1's relative believed that the user was an adult from Michigan and was aware that MV1 was a minor at the time.

7. I reviewed the chat between MV1 and Discord user dxdx**** and found numerous instances in which MV1 states her age, giving the user knowledge

of her age, and also instances in which the conversation becomes sexual in nature. For instance, regarding the age of MV1, on May 14, 2025, the two are discussing an argument MV1 is having with a relative when MV1 makes the comment, "I PROMISE NO ONE IS GONNA SEE A 16 YEAR OLD WALKING AT 2 PM AND BE LIKE 'huh that's weird i better call the cops'." On May 16, 2025, after dxdx**** asks MV1, "what's a funny thing to be doing when the cops kick down your door," MV1 eventually responds, "talking to a 16 year old." On June 17, 2025, dxdx**** made the comment, "your coolness/16 > my coolness/27." A fourth instance was on July 3, 2025, where MV1 says, "don't be mean to me; i'm just 16 !!!," to which dxdx**** replies, "hehehe; okay; i won't."

8. On June 30, 2025, dxdx**** requested a nude image of MV1 during the following exchange:

- dxdx****: im jerking off looking at pictures and videos of you
- MV1: that's cute
- dxdx****: mhm!
- MV1: i love you
- MV1: i want you
- MV1: i took some pictures of how wet i was after this but never sent them because i was unsure
- MV1: im pretty insecure about how it looks

- dxdx****: I love you and i want you
- dxdx****: I do wanna see
- MV1: well then ask nicely
- dxdx****: please will you show me how wet you were
- MV1: of course lovely
- MV1: [sends image file]
- dxdx****: Oh my god that's so fucking sexy

Although the image provided by MV1 was not provided in the chat logs from MV1's relative, I later received materials from a Discord search warrant for user dxdx****. In that return, I have been able to review the image that was sent in this chat, which depicts MV1 exposing her genitals to the camera, and therefore meets the federal definition of child pornography.

9. The user of dxdx**** also makes comments regarding his identity. As stated above, he commented that he was 27 years old. He stated that more clearly on May 15, 2025, after MV1 said, "i've only referred to you by age," dxdx**** responded, "mr 27." On May 22, 2025, after MV1 says that she never asked what his birthday was, dxdx**** mentions his birth month. The user also indicates they live in Michigan, for instance, on July 8, 2025, after they talk about MV1 visiting Michigan, dxdx**** says, "uhhhh; lemme think; is there a reason to visit michigan

ever?; i can't think of one; not a lot happens here." User dxdx**** also mentions Ypsilanti in another reference.

10. A subpoena was served on Discord for the username, dxdx****. Discord provided a log of IP addresses that were used to access the account, which showed an identified IP address was consistently used. Open-source information showed that the identified IP address was owned by Comcast. A subpoena was served on Comcast requesting subscriber information for this IP address. Comcast provided subscriber information that showed the subscriber was **Daniel Drew**, with a residence in Ypsilanti, Michigan. Michigan Secretary of State records were queried for **Daniel Drew** at the Ypsilanti residence and a record for **Daniel Malkam Drew** with a date of birth of XX/XX/1998 was found. The birthdate and residence address match the information provided by dxdx**** detailed above. The Michigan driver's license photograph for **Daniel Drew** matches the adult male depicted in images sent to MV1 from Discord user dxdx**** that I observed through the Discord review.

11. In addition to the conversation and images exchanged between **Drew** and MV1, the Discord return included at least two additional conversations that appeared to be with potential minors. One user consistently states that they are 14-years-old, and the other user indicates that they are a minor. Both of these purported minors send nude images of themselves and **Drew** requests nude images from them at multiple instances.

12. One example is on March 18, 2026 where **Drew**, using dxdx****, is talking to the purported 14-year-old minor (MV2). After **Drew** states, "You should quit cutting and start fingering your ass for self harm", MV2 replied, "guuhhh; good idea," and then sent an image of their bare buttocks. Drew makes a couple of comments in response, "Oh my God it's so perfect" and "Can i see your hole." Although the image sent by MV2 detailed above does not meet the federal definition of child pornography, the requests by **Drew** after the image is sent shows an attempt to have MV2 produce child pornography. In addition, after MV2 commented on April 25, 2026, "wow you have like so many photos of me," **Drew** responded, "I knowwwww I have around 150-180 of you…. Probably half are naked."

13. Based in part on the information provided above, a search warrant for **Drew**'s Ypsilanti residence was obtained in the Eastern District of Michigan and executed on September 15, 2026 where **Drew** and another individual were encountered. The other individual in the residence identified **Drew**'s cell phone as a Google Pixel, which was found in the sole bedroom. **Drew** unlocked the phone pursuant to the search warrant. During review of **Drew**'s phone, I found images of **Drew** that matched the images of himself that he had sent to the minor victims in their Discord conversations.

## Conclusion

14. Based on the foregoing, there is probable cause to believe that **Daniel Malkam Drew** violated 18 U.S.C. §§ 2422(b) (coercion and enticement of a minor and attempt), 2251(a) (sexual exploitation of a minor and attempt), 2252A(a)(2)(A) (receipt of child pornography), and 2252A(a)(5)(B) (possession of child pornography) and I respectfully request this Court issue a criminal complaint and arrest warrant.

Respectfully submitted,

Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means

Hon. Anthony P. Patti
United States Magistrate Judge

Date: September 15, 2026